STEWART TITLE & GUARANTY CO., Respondent,

v.

James CURD and Carla Dugas, Appellants.

No. WD 50874.

Missouri Court of Appeals, Western District.

April 16, 1996.

Edward Essay, Jr., Colorado Springs, CO, for appellants.

Lynn Ballew, Harrisonville, for respondent.

Before HANNA, P.J., and FENNER, C.J., and ELLIS, J.

**ORDER**

PER CURIAM.

James Curd and Carla Dugas Curd, a/k/a Carla Dugas, appeal from a judgment of the trial court in favor of Stewart Title & Guaranty Co. ("Stewart Title"). Judgment affirmed. Rule 84.16(b).